# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

COMBINED AIRCRAFT OWNERSHIP, LLC,

        Plaintiff,

v.

WEST STAR AVIATION, LLC, and JASON COHEN,

        Defendants.

Case No. 3:20-cv-00235-PDW-ARS

## STIPULATION OF DISMISSAL

Plaintiff Combined Aircraft Ownership, LLC, and Defendants West Star Aviation, LLC and Jason Cohen, by their undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its/his own costs and attorneys' fees.

| | |
|---|---|
| TUCKER ARENSBERG, P.C. | HUSCH BLACKWELL LLP |
| | |
| */s/ Ryan James* | */s/ Randal K. Mullendore* |
| Ryan James | Randal K. Mullendore (admitted pro hac vice) |
| Pa. I.D. 82799 | 190 Carondelet Plaza, Suite 600 |
| 1500 One PPG Place | St. Louis, MO 63105 |
| Pittsburgh, PA 15222 | (314) 480-1827 |
| (412) 594-5542 | Email: randy.mullendore@huschblackwell.com |
| Email: rjames@tuckerlaw.com | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |