**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Combined Aircraft Ownership, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 3:20-cv-235 |
| West Star Aviation, LLC, and Jason Cohen, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation of Dismissal" filed on May 13, 2022.  Doc. No. 39.  The Court **ADOPT**S the stipulation (Doc. No. 39) in its entirety and **ORDERS** the entire action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 13th day of May, 2022.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court